ACCEPTED
14-14-00401-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 4:14:25 PM
CHRISTOPHER PRINE
CLERK

*Veronica L. Davis*

*Attorney at Law*

*226 N. Mattson*

*West Columbia, Texas 77486*

*(979) 345-2953*

*(979) 345-5461 facsimile transmission*

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/23/2015 4:14:25 PM

CHRISTOPHER A. PRINE
Clerk

Christopher Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Suit 245
Houston, Texas 77002

> Re:    Cause No. 14-14-00401-CV; In the Estate of Robert L. Wright, Deceased;
> In the Fourteenth Court of Appeals

Dear Mr. Prine,

Please find attached my request for Extension of Time to File Appellee's Brief in response to the postcard I received today.

I have also been provided notice that a supplemental Clerk's Record was filed on January 9, 2015. Would you please forward a supplemental record to me at the above listed address.

Please be aware that my client is indigent. Therefore, I am requesting that the fee be waived or taxed as costs in this case.

Thank you in advance for your immediate attention to this matter.

Sincerely yours,

/s/ Veronica L. Davis

Veronica L. Davis